1  EILEEN R. RIDLEY, CA Bar No. 151735
     eridley@foley.com
2  MEGAN O. CURRAN, CA Bar No. 273052
     mcurran@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET
4  SUITE 1700
   SAN FRANCISCO, CA 94104-1520
5  TELEPHONE:  415.434.4484
   FACSIMILE:   415.434.4507
6
   Attorneys for Plaintiffs FPK Services
7  LLC d/b/a HealthLabs.com; Fiyyaz
   Pirani; Mahvish Linares and Travis
8  Davis

9
## UNITED STATES DISTRICT COURT
10
## NORTHERN DISTRICT OF CALIFORNIA
11

12
13  FPK SERVICES LLC D/B/A         | Case No. 4:20-cv-06141-YGR
    HEALTHLABS.COM (A LIMITED LIABILITY
    COMPANY); FIYYAZ PIRANI (AN    | **ORDER GRANTING PLAINTIFFS'**
14  INDIVIDUAL); MAHVISH LINARES (AN | **NOTICE OF VOLUNTARY**
    INDIVIDUAL); AND TRAVIS DAVIS (AN | **DISMISSAL WITHOUT**
15  INDIVIDUAL);                   | **PREJUDICE; VACATING ORDER**
                                   | **TO SHOW CAUSE**
16            Plaintiffs,

17       vs.

18  JOHN DOES 1-10,

19            Defendants.

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs FPK Services LLC d/b/a HealthLabs.com ("HealthLabs"), Fiyyaz Pirani, Mahvish Linares, and Travis Davis (collectively "Plaintiffs") voluntarily dismiss the above-captioned action against John Does 1-10.  Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED:  October 22, 2020

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Megan O. Curran


/s/ Eileen R. Ridley
Eileen R. Ridley
Attorneys for Plaintiffs FPK Services LLC d/b/a HealthLabs.com; Fiyyaz Pirani; Mahvish Linares and Travis Davis

ORDER

Based on the foregoing, this action is DISMISSED WITHOUT PREJUDICE.  The Order to Show Cause re: Dismissal is RECALLED AND VACATED.
IT IS SO ORDERED.

Dated: October 27, 2020

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE